■ PAULA AGLIRA, as Conservator of MICHAEL AGLIRA, Conservatee, Respondent, v JULIEN & SCHLESINGER, P. C., et al., Appellants. (And a Third-Party Action.) [625 NYS2d 905] —Appeal from order, Supreme Court, Bronx County (Anne E. Targum, J.), entered on or about December 2, 1994 and motion seeking to strike respondent's brief dismissed as moot, without costs and disbursements, in light of the Administrative Order of the Presiding Justice of this Court dated March 2, 1995. No

opinion. Concur—Ellerin, J. P., Rubin, Asch and Mazzarelli, JJ.